# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0848. THE MEDICAL CENTER, INC. v. AMANDA RAE COON.**

We granted the above-captioned interlocutory appeal to consider the trial court's order denying The Medical Center's motion for summary judgment. Having considered the entire record on appeal, we dismiss the appeal as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/26/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*